IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 11-cr-00376-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. EXECUTIVE RECYCLING, INC.,
2. BRANDON RICHTER, and
3. TOR OLSON,

    Defendants.

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

IT IS STIPULATED AND ORDERED that, at the conclusion of the hearing, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this 3 day of April 2013.

BY THE COURT:

William J. Martínez, Judge

_____
Attorney for Government

_____
Attorney for Defendant Olson

N/A
_____
Attorney for Defendant Richter