# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE WILLIAM J. MARTINEZ

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date:  July 23, 2013 |
| Court Reporter: Gwen Daniel | Time: one hour and 45 minutes |
| Probation Officer: Justine Kozak | Interpreter: n/a |

**CASE NO.  11-CR-00376-WJM-2**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Suneeta Hazra |
| | Lillian Alves |
| Plaintiff, | Valeria Spencer |
| | Tonya Andrews |
| vs. | |
| **2.  BRANDON RICHTER,** | Pamela Mackey |
| | Cleo Rauchway |
| Defendant. | |

## SENTENCING

**11:06 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is present on bond.

Defendant is sworn.

Sentencing recommendation by Ms. Hazra.

Sentencing recommendation by Ms. Mackey.

Argument by Ms. Mackey in support of defendant's Motion for Non-Guideline Sentence.

Page Two
11-CR-00376-WJM-2
July 23, 2013

Argument by Ms. Hazra in opposition.

Comments by Ms. Kozak.

Tim Markam addresses the Court on behalf of the defendant.

Chris Green addresses the Court on behalf of the defendant.

Dr. Lee McDonald addresses the Court on behalf of the defendant.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:** Defendant's Motion for Non-Guideline Sentence [Docket No. 321] is **GRANTED in PART.**

Defendant was found **GUILTY** as to Counts 2, 7, 9 through 13, 15, and 16.

**ORDERED:** Defendant shall be **imprisoned** for **30** months on each count, to be served concurrently.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years on each count, to be served concurrently.

**ORDERED: Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

Page Three
11-CR-00376-WJM-2
July 23, 2013

    (**X**)  Defendant shall pay the fine, restitution and special assessment in accordance with the payment plan to be approved by the Court and that such payments be completed within the three-year period of supervised release.

**ORDERED:** **Special Conditions** of Supervised Release are:
- (**X**) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the installment payment schedule.
- (**X**) As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.
- (**X**) All employment must be approved in advance by the probation officer and the defendant shall not engage in any business activity unless approved by the probation officer.
- (**X**) All employment must be approved in advance by the probation officer and the defendant shall not engage in any business activity unless approved by the probation officer.
- (**X**) Defendant shall maintain business records for any approved business activity and provide all documentation or records as requested by the probation officer.
- (**X**) Defendant shall maintain separate personal and business finances and shall not co-mingle personal and business funds in any financial accounts, including but not limited to bank accounts and lines of credit.
- (**X**) Defendant shall document all income, compensation and financial support generated or received from any source and provide such information to the probation officer as requested.

**ORDERED:** Defendant shall pay **$900.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** Defendant shall pay a **fine** of $ **7,500.00.**

**ORDERED:** Corporate defendant shall pay 80% of the amount due and owing in restitution.

Page Four
11-CR-00376-WJM-2
July 23, 2013

**ORDERED:**  Defendant shall make **restitution** as follows:

| Name/Address of Victim | Amount |
| --- | --- |
| Jefferson County | $46,198.00 |
| City of Boulder | $ 1,652.00 |
| El Paso County | $ 6,463.00 |
| Summit County | $ 4,592.00 |
| City and County of Broomfield | $    514.00 |
| Denver Newspaper Agency | $10,725.00 |

It is recommended that restitution be ordered jointly and severally with the following defendant:

| Name | Case Number |
| --- | --- |
| EXECUTIVE RECYCLING, INC. | 11-CR-00376-WJM-01 |

**ORDERED:**  A forfeiture judgment in favor of the United States in the amount of **$142,241.10** shall enter in this case jointly and severally against defendants Executive Recycling, Inc., and Brandon Richter.

**ORDERED:**  Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

Argument by Ms. Mackey in support of the Defendant's Motion for Release Pending Appeal.

Argument by Ms. Hazra.

**ORDERED:**  Defendant's Motion for Release Pending Appeal [Docket No. 371] is **DENIED WITHOUT PREJUDICE.**

**ORDERED:**  Defendant may surrender voluntarily as follows: Report to the designated institution **15** days after designation by the Bureau of Prisons.

**ORDERED:**  Bond is continued.

**12:51 p.m.   COURT IN RECESS**

**Total in court time:    105 minutes            Hearing concluded**