**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 11-cr-00376-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

1.    EXECUTIVE RECYCLING, INC.,
2.    **BRANDON RICHTER, and**
3.    TOR OLSON,

    Defendants.

---

**ORDER DIRECTING CLERK TO RELEASE BLIND RECORDS TO
COUNSEL FOR BRANDON RICHTER**

---

During trial, counsel for Defendant Brandon Richter submitted to the Court Blind Records #1 and #2. (ECF No. 266.) The Court ordered that these Records be kept in the custody of the Clerk and that these Records should be confidential unless and until an appeal was filed. (*Id*.) Defendant Brandon Richter has appealed his conviction and this case is currently pending before the Tenth Circuit Court of Appeals. (ECF No. 403.)

On October 31, 2013, the Tenth Circuit ordered Brandon Richter to provide four copies of the *ex parte* documents that were submitted during trial. (ECF No. 508.) To permit Mr. Richter to comply with this request, the Court hereby ORDERS that Blind Records #1 and #2 shall be RELEASED to Mr. Richter and/or his counsel. Counsel may make whatever reproductions necessary to comply with the Tenth Circuit's order.

The Court further ORDERS that Mr. Richter shall RETURN Blind Records #1 and #2 to the Clerk of this Court no later than November 20, 2013.

Dated this 6th day of November, 2013.

BY THE COURT:

William J. Martinez
United States District Judge