IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 11-cr-0376-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

1.     EXECUTIVE RECYCLING, INC.,
2.     **BRANDON RICHTER, and**
3.     TOR OLSON,

    Defendants.

---

### ORDER ACCEPTING DEFENDANT RICHTER'S RULE 11(c)(1)(C) PLEA AGREEMENT

---

This matter is before the Court on the proposed Plea Agreement entered into by the Government and Defendant Brandon Richter (ECF No. 591). This Plea Agreement was presented to me for my approval at Defendant Richter's Change of Plea Hearing held before the undersigned on February 25, 2016, pursuant to Fed. R. Crim Proc. ("Rule") 11 (c)(1)(C).

At Mr. Richter's Change of Plea Hearing, I expressly deferred the decision of whether or not to accept the Parties' Plea Agreement under the provisions of Rule 11(c)(3)(A). As counsel and the parties are aware, I generally do not accept Plea Agreements entered into pursuant to Rule 11(c)(1)(C). This is because I take my sentencing responsibilities seriously, and I do not easily relinquish my sentencing authority and discretion to the parties and their counsel. As a result, and as set forth in my Revised Practice Standards, I will do so only in exceptional circumstances.

Having carefully reviewed the file in this case, however, and after reviewing the transcript of counsel's arguments at the Change of Plea Hearing in support of their Plea Agreement, I am convinced that the interests of justice, as well as the best interests of the parties, are best served by accepting the Rule 11(c)(1)(C) Plea Agreement submitted to me on behalf on Defendant Richter.  I do so without the benefit of a new Presentence Investigation Report from the Probation Office, given my significant familiarity with the law and facts of this case, having not only presided over a three week trial of all defendants in this case in December 2012, but also having originally sentenced this Defendant in July 2013 after a thorough review of the original Presentence Investigation Report prepared for me at that time with regard to this Defendant.

Accordingly, it is ORDERED that the Plea Agreement entered into between the Government and Defendant Richter and submitted to this Court as ECF No. 591 is hereby ACCEPTED.  The Defendant will be sentenced on August 31, 2016 in conformity with the Parties' Plea Agreement and Rule 11(c)(1)(C).

Dated this 14th day of March, 2016.

BY THE COURT:

William J. Martinez
United States District Judge